UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 21-00116-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BUSCH SEREAL (01) | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After considering the official transcript (Record Document 45) and noting the defendant's waiver of any objections, the Court finds the plea is correct under applicable law. Accordingly,

**IT IS ORDERED** that, in accordance with the terms of the Plea Agreement (Record Document 41) filed in the record of these proceedings, the guilty plea of the defendant, Busch Sereal, is **ACCEPTED** and he is fully adjudged guilty of the offense charged in Count 3, consistent with the Report and Recommendation (Record Document 46).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 28th day of October, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT